UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: WTM INVESTMENTS INC.  CASE NO: 8:03-bk-11612-MGW

DEBTOR
_____/

NOTICE OF FILING UNCLAIMED CHECK

Angel Welch Esposito, Trustee, files this Notice of Filing Unclaimed Check and states as follows:

1. The Trustee issued a check in the amount of $9,950.72 to Royal Window Coverings USA and sent the check to the last known address.

2. The check was not cashed for more than 30 days and was returned to sender, attempted, not known, unable to forward.

3. The Trustee voided this check.

4. Attached is a check in the amount of $9,950.72 payable to the Clerk of the Bankruptcy Court pursuant to F.R. B. P. 3011.

Angela Welch Esposito, Trustee
P.O. Box 549
Odessa, FL 33556-0549
813-814-0836